**SEALED**

FILED ___ ENTERED
___ LOGGED ___ RECEIVED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MAY 0 1 2013

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. CCB-13-0222 |
| | * (UNDER SEAL) |
| JOHN DOE, a/k/a "DREAD PIRATE ROBERTS" | * |
| Defendant | * |

*******

## MOTION TO SEAL

The United States of America, by its attorneys, Rod J. Rosenstein, United States Attorney for the District of Maryland, and Justin S. Herring, Assistant United States Attorney for said District, moves this Honorable Court for an order sealing the Indictment until the defendant in the above-captioned matter has been arrested. The government believes that if the defendant, who is at large, becomes aware that charges have been filed against him, he may destroy evidence, he may flee and seek to avoid prosecution.

**WHEREFORE**, the government requests that this Motion, the Order and all other documents filed in this action be **sealed** pending the arrest of this defendant; that one (1) copy of the signed Indictment be provided by the Clerk to the United States Attorney's Office and that the United States be allowed to provide redacted copies of the indictment to defendant and defense counsel.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Justin S. Herring
Assistant United States Attorney

**ORDERED** as prayed, this __1__ day of May, 2013.

_____
Susan K. Gauvey
United States Magistrate Judge