**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 OCT -1  P 4:50

CLERK'S OFFICE
AT BALTIMORE

BY _____ DEPUTY

UNITED STATES OF AMERICA

v.

ROSS WILLIAM ULBRICHT,
a/k/a "Dread Pirate Roberts"
a/k/a "DPR"

Defendant

CRIMINAL NO. CCB-13-0222

(UNDER SEAL)

*******

## MOTION TO SEAL

The United States of America, by its undersigned attorneys, moves this Honorable Court for an order sealing the Superseding Indictment until the defendant in the above-captioned matter has been arrested. The government believes that if the defendant, who is at large, becomes aware that charges have been filed against him, he may flee and seek to avoid prosecution.

**WHEREFORE**, the government requests that this Motion, the Order and all other documents filed in this action be **sealed** pending the arrest of this defendant; that one (1) copy of the signed Superseding Indictment be provided by the Clerk to the United States Attorney's Office and that the United States be allowed to provide redacted copies of the indictment to defendant and defense counsel.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

By: _____
Justin S. Herring
Assistant United States Attorney

**ORDERED** as prayed, this 1st day of October, 2013.

_____
Hon. Beth P. Gesner Timothy J. Sullivan
United States Magistrate Judge