AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>ROSS WILLIAM ULBRICHT,<br>a/k/a "Dread Pirate Roberts"<br>a/k/a "DPR"<br><br>*Defendant* | )<br>)<br>) Case No. CCB-13-0222<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ROSS WILLIAM ULBRICHT ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☑ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute a Controlled Substance, 21 U.S.C. § 846; Attempted Witness Murder, 18 U.S.C. § 1512(a)(1)(C)); Use of Interstate Commerce Facilities in Commission of Murder-for-Hire, 18 U.S.C. § 1958(a); Aiding and Abetting, 18 U.S.C. § 2

Date: October 1, 2013

*Issuing officer's signature*

Timothy J. Sullivan
~~Beth P. Gesner~~, United States Magistrate Judge

City and state: Baltimore, Maryland

*Printed name and title*

### Return

This warrant was received on *(date)* 10/02/2013, and the person was arrested on *(date)* 10/02/2013
at *(city and state)* Northern District of CA.

Date: 12/18/2013

For FBI
*Arresting officer's signature*

*Printed name and title*