FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA | CLERK'S OFFICE AT BALTIMORE |
|---|---|
| v. | BY: ____ DEPUTY |
| ROSS WILLIAM ULBRICHT, a/k/a "Dread Pirate Roberts" a/k/a "DPR" | CRIMINAL NO. CCB-13-0222 |
| Defendant. | |

...oOo...

### MOTION TO UNSEAL INDICTMENT

The United States of America, by its undersigned attorneys, moves this Honorable Court to order and direct that the Indictment, returned in the above-captioned matter be UNSEALED.

Respectfully submitted,

Rod J. Rosenstein
United States Attorney

/s/
Justin S. Herring
Assistant United States Attorney

ORDERED as prayed, this 11th day of March, 2014.

Stephanie A. Gallagher
United States Magistrate Judge