**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**


**UNITED STATES OF AMERICA**          *

          *

          v.          *          **CRIMINAL NO.   CCB-13-0222**

          *

**ROSS WILLIAM ULBRICHT**          *

          *

          **Defendant.**          *

          *

          *******


**ENTRY OF APPEARANCE**

MADAM CLERK:

          Please enter my appearance in this case as counsel for the United States of America.

          Respectfully submitted,

          Rod J. Rosenstein
          United States Attorney


          _____/s/_____
          Sandra Wilkinson
          Assistant United States Attorney
          36 South Charles Street
          Fourth Floor
          Baltimore, Maryland 21201
          410-209-4921