IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | \* | |
| | \* | **CRIMINAL NO.   CCB-13-0222** |
| v. | \* | |
| | \* | |
| **ROSS WILLIAM ULBRICHT,** | \* | |
| a/k/a "Dread Pirate Roberts," | \* | |
| a/k/a "DPR," | \* | |
| | \* | |
| **Defendant** | \* | |
| | \*\*\*\*\*\*\* | |

## MOTION TO DISMISS INDICTMENT AND SUPERSEDING INDICTMENT

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon the United States Attorney for the District of Maryland hereby moves to dismiss with prejudice the Indictment and Superseding Indictment pending against the defendant in the above-captioned case. The Defendant is currently serving a life sentence arising out of a conviction in the Southern District of New York; said conviction and sentence have been affirmed on appeal and the Supreme Court denied a petition for writ of certiorari on June 28, 2018. *United States v. Ulbricht*, 858 F.3d 71 (2d Cir. 2017), *cert. denied*, No. 17-950, 2018 WL 3148302 (U.S. June 28, 2018).

Respectfully submitted,

Robert K. Hur
United States Attorney

By:     _____/s/_____
Sandra Wilkinson
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____                            _____
Date                                                          Honorable Catherine C. Blake
                                                                  United States District Judge

**Advice to U.S. Marshal**:   The Defendant should remain in the custody of the Bureau of Prisons.